**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2769 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 180 DB 2020 |
| | : | |
| v. | : | Attorney Registration No. 49493 |
| | : | |
| ANDREA WHILBY CLARKE | : | (Philadelphia) |
| | | |
| Respondent | | |

**O R D E R**

**PER CURIAM**

    **AND NOW**, this 16th day of December, 2020, upon consideration of the Verified Statement of Resignation, Andrea Whilby Clarke is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. Respondent shall comply with all of the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).